## KELLY *v.* THE STATE.

BECK, P. J. From an examination of the evidence it appears that there is no merit in the contention of the plaintiff in error that the verdict is contrary to the evidence and without evidence to support it. .

*Judgment affirmed. All the Justices concur.*

No. 7014. NOVEMBER 13, 1929.

376

*C. F. Richter* and *Jeff A. Pope,* for plaintiff in error.
*George M. Napier, attorney-general, Robert B. Short, solicitor-general,* and *T. R. Gress, assistant attorney-general,* contra.